**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **Kefilwe Lekuntwane, individually and on behalf of other similarly situated individuals,** | : : : | |
| **Plaintiffs** | : : | **CIVIL ACTION NO.:** **3:20 cv 00386-RNC** |
| **V.** | : : : | |
| **Help at Home CT, LLC, Alzheimer's and Dementia Care, LLC, Homecare Connections, LLC and Mary Ann Ciambriello** | : : : | **October 15, 2021** |
| **Defendant** | | |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Attorney Maura A. Mastrony moves the Court for permission to withdraw her appearance filed on behalf of defendants Help at Home CT, LLC, Alzheimer's and Dementia Care, LLC, Homecare Connections, LLC and Mary Ann Ciambriello.[1]  Attorney Mastrony makes this request because communications between Defendants and her have broken down irretrievably.

The parties arrived at a settlement in this matter following a settlement conference on April 8, 2021.  Settlement papers were prepared and forwarded to Defendants on Wednesday, October 6, 2021.  A preliminary fairness hearing was scheduled for October 15, 2021.  Defendants have not yet signed the settlement agreement.

Defendants have not responded to Attorney Mastrony since she sent them the settlement agreement on October 6.  Ms. Mastrony has made attempts to contact Defendants since then. The last communication Attorney Mastrony received from Defendants was on September 2, 2021.  In the view of Attorney Mastrony, Defendants' failure to communicate with them renders on-going

---

[1] On October 4, 2021, Attorney Craig Dickinson moved to withdraw his appearance in this case due to the fact that he is no longer employed by Littler Mendelson, P.C.

representation unworkable.

Due to this breakdown in communication, Attorney Mastrony is seeking the Court's permission to withdraw as counsel for Defendants in this matter. Should the Court require additional information, Attorney Mastrony is prepared and willing to provide such information *ex parte in camera* or via a motion filed under seal to the extent doing so does not violate her ethical obligations to Defendants.

Attorney Mastrony is sending a copy of this motion to Defendants via e-mail, as well as via certified mail, return receipt. Thus, Defendants will receive a copy of this motion pursuant to Local Rule 7(e).

Respectfully submitted,

/s/ *Maura A. Mastrony*
Maura A. Mastrony (c527787)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
mmastrony@littler.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of his filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system

                        */s/ Maura A. Mastrony*
                        Maura A. Mastrony