# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Kefilwe Lekuntwane, individually and on behalf of other similarly situated individuals,** <br> **Plaintiffs** <br><br> **V.** <br><br> **Help at Home CT, LLC, Alzheimer's and Dementia Care, LLC, Homecare Connections, LLC and Mary Ann Ciambriello** <br><br> **Defendant** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO.:** <br> **3:20 cv 00386-RNC** <br><br><br><br><br><br> **December 12, 2021** |

## PLAINTIFF'S MOTION FOR ORDERS

Kefilwe Lekuntwane ("Named Plaintiff"), individually and on behalf of other similarly situated individuals, hereby files this motion for Orders as fully set forth below.

The Named Plaintiff filed her complaint for Collective and Class action under the Fair Labor Standards Act ("FLSA") and the Connecticut Minimum Wage Act ("CMWA") on March 23, 2020. ECF No. 1. On the same day, this Court issued its Order on Pretrial Deadlines. ECF No. 2.

On May 13, 202, Help at Home CT, LLC, Alzheimer's and Dementia Care, LLC, Homecare Connections, LLC and Mary Ann Ciambriello ("Defendants"), by and through their undersigned counsel appeared and filed a motion for extension of time to file responsive pleadings. See, ECF Nos. 10-13. This Court granted Defendants' motion for extension of time. See, ECF No. 14.

Subsequent, on June 16, 2020, Defendants filed a join motion for settlement conference and Stay, with the consent of the Plaintiff. See, ECF No. 18. The Court

1

granted in part and denied in part the joint motion for settlement conference and for stay and referred the case for settlement conference with a magistrate judge. Order No. 19.

On July 9, 2020, the parties filed their Report of Rule 26(f) Planning Meeting. ECF No. 24. In light of the Court's order referring the matter foe settlement conference, the Court never ruled on the parties' Rule 26(f) Report.

The parties engaged in informal discovery and multiple pre-settlement conferences with the magistrate judges to effectuate the settlement of the case. The parties prepared and exchanged extensive employment financial documents and the Named Plaintiff prepared a detailed damages analysis with the assistance of her accounting experts.

Thereafter, on April 8, 2021, the parties held a 6-hour settlement conference with Judge Joan G. Margolis. See Minute Entry, ECF No. 39. The Named Plaintiff and her counsel as well as the Defendants and their counsel attended the said settlement conference on April 8, 2021. With the assistance of Judge Joan G. Margolis, the parties agreed on the essential terms of settlement which are memorialized in the parties' Memorandum of Understanding.

On August 10, 2021, counsel for the parties held a continued settlement conference with Judge Joan G. Margolis for the purpose of setting deadlines to file formal papers for approval of the settlement. See, ECF Nos. 41 & 42. The Court fixed the date for a hearing on the Joint Motion for Preliminary Approval of the settlement for September 3, 2021. All paperwork for the Joint Motion for Preliminary approval were to be filed on or before August 20, 2021.

Prior to September 3, 2021, Defendants requested the hearing scheduled for September 3, 2021, to be re-scheduled due to circumstances they explained to Judge Joan G. Margolis via email.

On September 23, 2021, Judge Joan G. Margolis held a status conference regarding the settlement during which counsel for the parties agreed on a new deadline for the hearing on the Joint Motion for Preliminary Approval of the settlement for October 15, 2020, as well as the deadline for filing the related paperwork on or before October 1, 2021. See, ECF Nos. 46 & 47.

Just before the filing deadline, Defendants approved the language of the settlement agreement ("Settlement Agreement") and Defendants' counsel sent the approved Settlement Agreement to Plaintiff's counsel on September 30, 2021, for the Named Plaintiff to sign. The Named Plaintiff signed the Defendants' approved Settlement Agreement on that same day, on September 30, 2021. The Settlement Agreement is available should the Court request the same be filed in the electronic docket.

On October 1, 2021, Defendants' counsel filed a motion for extension of time until October 8, 2021, to file the Joint Motion for Preliminary approval and for extension for time to file the related paperwork including the Defendants' countersigned Settlement Agreement. See, ECF No. 49. The Court granted this motion for extension of time. ECF No. 51.

Three days later on October 4, 2021, attorney Craig T. Dickinson, one of the counsel for the Defendants, filed his motion to withdraw his appearance. See, ECF No. 50. The Court granted this motion for attorney Dickinson to withdraw. See, ECF No. 53.

On October 15, 2021, attorney Maura A. Mastrony, the remaining counsel for the Defendants, filed her motion to withdraw her appearance and the appearance of her law firm. See, ECF No. 52. The Court has not decided on this motion to withdraw.

The Named Plaintiff hereby respectfully requests that the court should grant document No. 52, the motion to withdraw.

The Named Plaintiff also requests that after granting document No. 52, motion to withdraw, the Court should reset the scheduling order for compliance with the parties' settlement agreement and issue an order for the individual Defendant to appear on her behalf and for the corporate Defendants to appear by counsel on or before 14 days after the orders.

Respectfully submitted,
Kefilwe Lekuntwane, and others similarly situated,

By Their Attorney,

 /s/_____
Nitor V. Egbarin, ct05114
Law Office of Nitor V. Egbarin, LLC
100 Pearl Street, 14th Floor
Hartford, CT  06103-3007
Fed. Bar No.: ct05114
(860) 249-7180 telephone
(860) 408-1471 facsimile
NEgbarin@aol.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 12, 2021, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                /s/ *Nitor V. Egbarin*
                                                Nitor V. Egbarin