**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **Kefilwe Lekuntwane, individually and on behalf of other similarly situated individuals,** <br> **Plaintiffs** <br><br> **V.** <br><br> **Help at Home CT, LLC, Alzheimer's and Dementia Care, LLC, Homecare Connections, LLC and Mary Ann Ciambriello** <br><br> **Defendant** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO.:** <br> **3:20 cv 00386-RNC** <br><br><br><br><br> **MAY 01, 2024** |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF FAIR LABOR STANDARDS ACT AND RULE 23 CONNECTICUT WAGE ACT SETTLEMENT**

Kefilwe Lekuntwane ("Named Plaintiff") by and through her undersigned counsel, hereby moves for Final Approval to the Settlement Agreement to resolve the Plaintiff's claims asserted in this lawsuit on her behalf and on behalf of a putative collective and under the Fair Labor Standards Act ("FLSA") and Class Action under Rule 23 and the Connecticut Wage Act ("CWA) for the reasons contained in the accompanying memorandum of law.

                                                            Respectfully submitted,

                                                            Kefilwe Lekuntwane, and others similarly situated,

                                                            By Her Attorneys,

                                                           */s/ Richard E. Hayber*
                                                           Richard E. Hayber (CT11629)
                                                           Hayber, McKenna & Dinsmore, LLC
                                                           750 Main Street, Suite 904
                                                           Hartford, Connecticut 06103
                                                           Telephone: (860) 522-8888
                                                           Fax: (860)218-9555
                                                           rhayber@hayberlawfirm.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on MAY 01, 2024, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                  /s/ *Richard E. Hayber*
                  Richard E. Hayber